FILED 5 JUN '20 10:34USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND      DIVISION
*(Select the Division in which the complaint is filed.)*

BRADFORD LONERGAN

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

PROVIDENCE HEALTH SERVICES

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:20-CV-920-AC
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
              *(check one)*

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: BRAD LONERGAN
   Street Address: GENERAL DELIVERY
   City and County: BEAVERTON, WASHINGTON
   State and Zip Code: OREGON 97005
   Telephone Number: 971 254 0895
   E-mail Address:

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: PROVIDENCE HEALTH AND SERVICES
   Job or Title (if known):
   Street Address: 1801 LIND AV # 9016
   City and County: RENTON
   State and Zip Code: WASHINGTON 98057
   Telephone Number: LYNN H REFUSED TO GIVE NUMBER
   E-mail Address (if known): COLEEN REFUSED TO GIVE E-MAIL

   Defendant No. 2
   Name: UNKNOWN
   Job or Title (if known): SECURITY GUARDS
   Street Address: 9205 SW BARNES RD
   City and County: PORTLAND WASHINGTON

2

State and Zip Code OREGON  97225-6603
Telephone Number _____
E-mail Address _____
(if known)

Defendant No. 3

Name  JEAN YOUNG RIM MD
NATHANIEL CRUMET MD
KASHIF SHERWANI, MD
UNKNOWN DOCTORS + NURSES AND EMPLOYEES

Job or Title (if known) ~~[illegible strikethrough]~~

Street Address  9205 SW BARNES RD
City and County  PORTLAND OR 97225-6603
State and Zip Code  OREGON  97225-6603
Telephone Number  /503 216 2906
E-mail Address  NO EMAIL
(if known)

Defendant No. 4

Name  UNKNOWN
Job or Title (if known)  SOCIAL WORKER
Street Address  9205 SW BARNES RD
City and County  PORTLAND OR 97225-6603 WASHINGTON
State and Zip Code  OREGON
Telephone Number _____
E-mail Address _____
(if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question     ■ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FIRST AMENDMENT  FOURTH AMENDMENT  SIXTH ARTICLE  DUE PROCESS  EQUAL PROTECTION
13TH AMD  AMINISTRATIVE PROCEDURES ACT  TITLE 18 OF USC 242  1983 ACTION  FALSE IMPRISONMENT  FALSE ARREST
1986 HCQIA  HEALTH CARE IMPROVEMENT ACT  14 AMENDMENT  RIGHT TO PRIVACY  TITLE 42  OBLIGATION OF CONTRACTS
GOLO BORG V Kelley   FREEDOM OF INFORMATION ACT   USCA 2000 / 18USCS 237
   FALSE ADVERTISING   FALSE ARREST   THE RIGHT TO BE LEFT ALONE
   I AM UNABLE TO ACESS INTERNET OR LAW LIBRARY  FRAUD
                              PP 397 US 264  397 US 266-271

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* BRADFORD LONERGAN, is a citizen of the State of *(name)* OREGON.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* ALL, is a citizen of the State of *(name)* UNKNOWN. Or is a citizen of *(foreign nation)* UNKNOWN.

4

b. If the defendant is a corporation

The defendant, *(name)* PROVIDENCE HEALTH AND SERVICES is incorporated under the laws of the State of *(name)* OREGON WASHINGTON, and has its principal place of business in the State of *(name)* WASHINGTON. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* RENTON WASHINGTON 1801 LIND AVE SW #9016 RENTON WASHINGTON 98075

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

FRAUD

300 MILLION +

III. Statement of Claim  APPROXIMATE DATES BETWEEN 10 2019 THRU PRESENT

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. IGNORSUS LAW GOVERNING MEDICADE MY RIGHTS TO BE INFORMED TO ASK QUESTIONS AND GET REASONABLE ANSWERS TO NOT USE DRUGS THAT HARM ME OR PROCEDURES, TO GET INFORMED CONSENT TO HAVE UN CONFLICTED STATEMENTS TO HAVE PROPERLY INFORMED DOCTORS TO CORRECT MY MEDICAL RECORDS TO NOT BE SLANDED AND LIBIED TO NOT BE TAUNTED RIDICULED AND INTIMATED TO HAVE FULL DISCLOUSER TO NOT BE INTERGATED OVER CRIMINAL MATTER I WAS NEVER INVOLVED IN TO KNOW ALL PERSON FIRST LAST NAME INVOLVED IN MY HEALTH CARE TO NOT HAVE MERCENARIES SET APON ME AND NOT TO BE SEARCHED AND SEIZED TO NOT BE COERCED INTO ACQUIESCE BY MEANES OF IRRATIONAL ARBATRARY OR CAPRITESOUS ACTS OF TO NOT HAVE THE WASHINGTON COUNTY DEPUTY VOILATE MY RIGHTS ABUSE OF DISCRESSION DENIGHED ACESS TO ER TRIAL PRACTUS OF MIS DIAGNOSSIS BECAUSE I ASK QUESTIONS AND QUOTE THE US CONSTUTION I HAVE ONLY ONE OPTION, TO PRESERVE MY LIFE IS TO ENTER INTO THE US JUDICIARY SYSTEM

5

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ORDER ACESS TO ALL MY MEDICAL RECORDS - PRIVATE DOCTORS NOTES FILMS RECORDING OF ANY KIND
RESTRAINING ORDER ON ALL SECURITY GUARDS AND ANY ONE HOW INTEFERES WITH MY PROPER MEDICAL CARE
ACTUAL DAMAGES I DONT KNOW 100 MILLION   UNAUTHORIZED MEDICAL PROCEDURES CAI MALPRACTUS ECT
PUNITIVE 100 MILLION   SEARCH AND SEASURE FALSE ARREST ECT
EXEMPLARY 100 MILLION   IRRATIONAL ARBTRATARY CAPRITEOUS ABUSE OF DISGRESSION FALSE STATEMENTS ECT FALSE ADVERTISING
I AM UNABLE TO ACESS THE INTERNET OR THE LAW LIBRARY FOR MORE INFORMATION /AND I NEED A LAWER

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/31/ , 20 20 .

Signature of Plaintiff
Printed Name of Plaintiff  BRADFORD  LONERGAN